COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Forouzan Goodarzi v. Robert D. Clements Jr. and Associates

Appellate case number:    01-16-00867-CV

Trial court case number:    83321CV

Trial court:                         412th Judicial District Court of Brazoria County

      Appellee filed a motion to dismiss this appeal on the basis that appellant has failed to (1) pay the appellate filing fee, (2) file a docketing statement, and (3) make arrangements for the payment of the reporter's record. Our review of the record indicates that the appellant filing fee has been paid, a complete clerk's record has been filed, and the court reporter has indicated that payment arrangements have been made for the reporter's record. Accordingly, the motion to dismiss is **denied**.

      It is so ORDERED.

Judge's signature: _/s/ Jane Bland
                     Acting individually

Date:  March 9, 2017